IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:18CR87 |
| | § | Judge Mazzant |
| LAURA JORDAN (1) | § | |
|    a/k/a Laura Maczka | § | |
| MARK JORDAN (2) | § | |

## **PROTECTIVE ORDER**

Having considered the Agreed Motion for Protective Order, the Court orders as follows:

1. Discovery materials in the subject case regarding defendants, **Laura Jordan** and **Mark Jordan,** contain sensitive and private personal identification and financial information for a number of individuals, including names, addresses, social security numbers, date of births, bank account information, and tax information ("Protected Discovery Material");

2. Defense Counsel shall maintain the Protected Discovery Material in accordance with the terms of this Protective Order and shall use the Protected Discovery Material solely and exclusively in connection with this case (including trial preparation, trial, and, if necessary, appeals or other related legal proceedings) and for no other purpose;

3. Only the following individuals may access and view the Protected Discovery Material: (i) Defense Counsel; (ii) defendants, for the sole purpose of

assisting in the preparation of his defense and only in the presence and under the direct supervision of Defense Counsel; and (iii) such members of Defense Counsel's staff, defense expert witnesses, and consultants as are necessary for the purposes preparing defense, and only while these staff members, expert witnesses, or consultants are operating under the direct supervision and control of Defense Counsel;

4. Defense Counsel may print, copy, and/or duplicate the Protected Discovery Material only if the printed items, copies, and/or duplicates, are kept under the same control as the original Protected Discovery Material;

5. Defense Counsel will keep a copy of the Protective Order with the Protected Discovery Material at all times; and

6. Upon termination of the matter, Defense Counsel shall destroy the Protected Discovery Material and any printed items, copies or duplication of the Protected Discovery Material.

**SIGNED this 24th day of May, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE