IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | Criminal No 4:18-cr-87 |
| § | |
| LAURA JORDAN (1) § | |
|    a/k/a Laura Maczka § | |
| MARK JORDAN (2) § | |

**ORDER**

Pending before the Court is Defendants' Opposed Motion to Travel (the "Motion")(Dkt.42), wherein Defendants request permission to travel internationally. The Government opposes Defendants' request and filed a response to the Motion (Dkt. 44). Having considered the Motion and the Government's response, thereto, the Motion is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 27th day of July, 2018.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE