# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NUMBER 4:18CR087 |
| | § | |
| LAURA JORDAN and | § | |
| MARK JORDAN | § | |

## ORDER DENYING CONTINUANCE OF TRIAL

Before the Court is Defendant's Motion to Expedite Trial (Dkt. #46) and Defendant's Corrected Motion to Expedite Trial (Dkt. #47) wherein Defendants request that this Court move the trial date in this case from February 8, 2019 to November 5, 2018. Having considered the Motion, the expected duration of the trial, and the Court's civil trial docket, the motion is **DENIED**.

It is therefore **ORDERED** that Defendant's Motion to Expedite Trial (Dkt. #46) and Defendant's Corrected Motion to Expedite Trial (Dkt. #47) are **DENIED**. It is further **ORDERED** that this case will proceed to Pretrial Conference on *February 8, 2019 at 10:00 a.m.* and *Jury Selection and Trial will begin on Monday, February 11, 2019 at 10:00 a.m.* before the undersigned.

**IT IS SO ORDERED**.

SIGNED this 23rd day of August, 2018.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE