# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE**: 12/4/18

| UNITED STATES MAGISTRATE JUDGE | COURT REPORTER: DIGITAL RECORDING - PLANO 108 |
|---|---|
| **KIMBERLY C. PRIEST JOHNSON** | **COURTROOM DEPUTY:** Toya McEwen |
| USA<br>v<br>Mark Jordon | **CASE NO.**   4:18-cr-87 ALM/KPJ |
| **ATTORNEY FOR Government** | **ATTORNEYS FOR Defendant** |
| Glenn Jackson & Bradley Visosky for Chris Eason, AUSA | Dan Cogdell, RET |

On this day, came the parties by their attorneys, the following proceedings were held in Plano, Texas:   Hearing on Motion for Clarification of Protective Order (Dkt. 52)

**OPEN:** 10:00 am                    **ADJOURN:** 10:21 am

| TIME: | MINUTES: |
|---|---|
| 10:00 am | Case called, announcements made.  Court addressed the present status of the case as to the protective order and discovery. |
| 10:03 am | Reply by Dan Cogdell. |
| 10:10 am | Reply by AUSA Jackson. |
| 10:10 am | Discussion by the Court. |
| 10:11 am | Reply by AUSA Jackson. |
| 10:12 am | Discussion continued by the Court. |
| 10:12 am | Reply by Dan Cogdell. |
| 10:15 am | Court addressed what will be produced. |
| 10:16 am | Court addressed the request as to directing the Govenment to not confer, Court will not grant that request. |
| 10:17 am | Reply by Dan Cogdell. |
| 10:18 am | Reply by Glenn Jackson. |
| 10:18 am | Discussion by the Court. |

| TIME: | MINUTES: |
|-------|----------|
| 10:19 am | Reply by Dan Cogdell, and will submit a proposed order to the Court. |
| 10:20 am | Discussion by the Court, an order will issue after receiving a proposed order from Dan Cogdell.  Dan Cogdell will have 48 hours to submit the proposed order. |
| 10:21 am | Recess. |

**DAVID A. O'TOOLE, CLERK**

BY: _____Toya McEwen_____
             Courtroom Deputy Clerk