**IN UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

**SHERMAN DIVISION**

**DATE:**  3/6/2019

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Lori Stover |
| USA vs. LAURA JORDAN, MARK JORDAN | 4:18CR87 |

| ATTORNEYS FOR GOVERNMENT | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Chris Eason, Glen Jackson, Maureen Smith, Bradley Visosky, attorneys; Andrew Walton, Bill Messer, Garin Reetz | Jeff Kearney, Dan Cogdell, Dennis Hester, Reagan Wynn, attorneys; Laura Jordan, Mark Jordan, Jordan Ray |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   JURY TRIAL - DAY 17 |
|---|---|
| 10:00 am | Court in session.  Note #1 (identifying jury foreperson)  from the jury dated 3/5/2019. |
|  | Court in receipt of Note #2.  After discussion with counsel, the Court provided a written response. |
|  | Counsel discussion regarding exhibits. |
| 10:20 am | Jury Note #2 delivered to the Jury. Court in recess. |
| 10:29 am | The Court makes distinction on the record regarding exhibits. |
| 10:32 am | Court is in recess. |
| 10:57 am | Court in receipt of Note #3.  After discussion with counsel, the Court provides a written response. |
| 11:00 am | Jury Note #3 delivered to the Jury.  Court in recess. |
| 11:15 am | Court in receipt of Note #4.  After discussion with counsel, the Court provides a written response. |
| 11:17 am | Jury Note #4 delivered to the Jury.  Court in recess. |
| 3:03 pm | Court in receipt of Note #5.  After discussion with counsel, the Court provides a written response. |
| 3:10 pm | Jury Note #5 delivered to the Jury.  Court in recess. |

| TIME: | MINUTES:  JURY TRIAL - DAY 17 |
|---|---|
| 4:30 pm | Court in receipt of Note #6 requesting to leave for the day.  After discussion with counsel, the Court provides a written response. |
| 4:33 pm | Jury Note #6 delivered to the Jury.   Court adjourned until 9:00 a.m in the morning. |
| | |
| | |
| | |
| | |
| | |

**DAVID O'TOOLE, CLERK**

BY: _____Lori Stover_____
         Courtroom Deputy Clerk