# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 12, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 19-40499   USA v. Laura Jordan, et al
                    USDC No. 4:18-CR-87-1
                    USDC No. 4:18-CR-87-2

The court has granted the joint unopposed motion of all parties to view and obtain all sealed documents in this case.

The court has considered the joint motion of United States of America, Laura Jordan, Mark Jordan to view non-public and/or sealed material in the record on appeal.  Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for United States of America, Laura Jordan, Mark Jordan may obtain all ex parte documents *filed on behalf of* their respective clients, and all other non ex parte documents in the record.  The non-public and/or sealed materials from the record are for your review ONLY.  The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Christina Gardner*

                         By:
                         Christina A. Gardner, Deputy Clerk
                         504-310-7684

Mr. Dan Lamar Cogdell
Mr. Christopher Andrew Eason
Mr. Jeffrey A. Kearney
Ms. Rachel Li Wai Suen
Mr. David O'Toole
Mr. Barry J. Pollack
Mr. Grover Glenn Roque-Jackson
Mr. David Hunter Smith
Mr. Bradley Elliot Visosky