# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CASE NUMBER 4:18-CR-087 |
| | § | |
| LAURA JORDAN (1) | § | |
| MARK JORDAN (2) | § | |

## AMENDED ORDER SPECIALLY SETTING TRIAL

The Court specially sets this matter for Final Pretrial Conference, Jury Selection and Trial of this case before the undersigned as follows:

| EVENT | DEADLINES |
|---|---|
| Final Pretrial Conference | 1:30 p.m. on Thursday, July 1, 2021 at the Paul Brown United States Courthouse, 101 East Pecan Street, Room 208, Sherman, Texas 75090 |
| Jury Selection | Friday, July 2, 2021 at 10:00 a.m. |
| Trial | Tuesday, July 6, 2021 at 8:30 a.m. |

**IT IS SO ORDERED**.

SIGNED this 8th day of April, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE